110

Commonwealth ex rel. Williams, Appellant, *v.* Myers.

Submitted June 20, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*James Williams,* appellant, in propria persona.

*William H. Wolf, Jr.* and *Domenick Vitullo,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

Opinion Per Curiam, July 11, 1960:

The order of the court below dismissing relator's petition for writ of habeas corpus is affirmed on the opinion of Judge Reimel of the Court of Common Pleas No. 5 of Philadelphia County as reported in 21 Pa. D. & C. 2d 232.